UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CR. NO. 18-20801

      v.                              HONORABLE JUDITH E. LEVY

RANSOM MURRAY BUTLER,

                Defendant.

_____/

**STIPULATED ORDER ADJOURNING MOTION HEARING**

It is hereby stipulated and agreed upon by the parties, each through their respective counsel, and hereby request this Honorable Court to adjourn Defendant's Motion to Suppress Hearing which is scheduled for April 3, 2019, to **May 13, 2019, at 2:00 p.m.**  Defendant Butler consents to the adjournment of this motion.

IT IS SO ORDERED.

Dated: March 25, 2019                s/Judith E. Levy_____
                                      JUDITH E. LEVY
                                    United States District Judge

/s/ John O'Brien (w/consent)             /s/Penny R. Beardslee_____
John O'Brien                              Penny R. Beardslee
Asst US Attorney                       Federal Defender
211 W. Fort Street, 2001             613 Abbott Street, 5th Floor
Detroit, MI 48226                    Detroit, MI 48226
(313) 226-9715                         (313) 967-5848
john.obrien@usdj.gov             penny_beardslee@fd.org

Dated: March 22, 2019