UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,                          CR. NO. 18-CR-20801
v.                                              Hon. Judith E. Levy

RANSOM MURRAY BUTLER,

            Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES the Defendant, RANSOM BUTLER, through his attorneys, PENNY R. BEARDSLEE & CASEY SWANSON, of the Federal Community Defender Office, and moves this Honorable Court to grant this motion and enter an Order permitting both counsel to withdraw from representation and appointing a panel attorney to represent the Defendant in the present case.   Defendant files a supporting brief and further states:

1.   On November 29, 2018, Defendant made his initial appearance on a Complaint. At that time, the Federal Defender Office was appointed to represent Defendant and present counsel was assigned to the case.

2.   On December 13, 2018, Defendant was arraigned on an Indictment charging Possession with Intent to Deliver a Controlled Substance, to wit, crack cocaine, in violation of 21 U.S.C. § 841(a)(1).

3.   Counsel for Defendant, after reviewing the discovery materials provided by the Government filed a motion to Suppress Evidence on February 14, 2019.   The hearing for this suppression motion is scheduled for June 18, 2019, before this Court.

4.      Counsel for Defendant has met with Defendant on numerous occasions at Milan, with the most recent visit on June 14, 2019, to prepare for the June 18th Motion Hearing. During those meetings, there continues to be a breakdown in communication, wherein Defendant has stated that he no longer wants counsel to represent him, and request new counsel.   The breakdown in communication is such that Counsel for Defendant feels that it is in the best interests of justice that both counsel withdraw and that a panel attorney be appointed to represent the Defendant.

Respectfully submitted,

FEDERAL DEFENDER OFFICE

/s/Penny R. Beardslee
Penny R. Beardslee

/s/Casey Swanson
Casey Swanson

Assistant Federal Defender
613 Abbott Street, 5th FL
Detroit, Michigan 48226
(313) 967-5848
Penny_beardslee@fd.org
Casey_swanson@fd.org

Dated: June 14, 2019

i

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,                      CR. NO. 18-CR-20801

v.                                       Hon. Judith E. Levy

RANSOM MURRAY BUTLER,

                    Defendant.

_____/


BRIEF IN SUPPPORT OF
MOTION TO WITHDRAW
<u>AS COUNSEL</u>

<u>ISSUE</u>

WHETHER THE COURT SHOULD PERMIT COUNSEL
TO WITHDRAW FROM REPRESENTATION DUE TO
A BREAKDOWN IN COMMUNICATION?

## I.

## **BACKGROUND**

Defendant made his initial appearance on a Complaint on November 29, 2018.   At that time, the Federal Community Defender Office was appointed to represent Defendant and present counsel was assigned to the case.   The Complaint was subsequently dismissed and an Indictment was returned charging Defendant with Possession with Intent to Deliver a Controlled Substance, to wit, crack cocaine, in violation of 21 U.S.C. §841(a)(1).   On December 13, 2018, Defendant was arraigned on the Indictment.

In reviewing discovery materials provided by the Government, Counsel for Defendant filed a Motion to Suppress Evidence on behalf of Defendant on February 14, 2019.   Counsel for Defendant has met with him on numerous occasions in order to prepare for the motion hearing scheduled for June 18, 2019.   The most recent meeting being June 14, 2019, where there has been a breakdown in communication and defendant stated that he no longer wants counsel to represent him and wants new counsel.   Both Counsel for Defendant feels that it is in the best interests of justice that both counsel withdraw and that a panel attorney be appointed to represent the Defendant.

## II.

Rules 14(b) and 14(c) of the Local Rules of the United States District Court for the Eastern District of Michigan provide:

b.   Withdrawal of Appearances

Withdrawal of appearances may be accomplished only by leave of Court on motion of counsel.

c. Appearances in Criminal Cases

Except as permitted by the Court, counsel making any post indictment appearance in a criminal case will be treated as an attorney of record until relieved of such responsibilities by the court.

When an accused seeks substitution of counsel he must show good cause such as a conflict of interest. Wilson v. Mintzes, 761 F.2d 275, 280 (6th Cir. 1985).

## III.

## CONCLUSION

For the foregoing reasons, counsel respectfully requests this Honorable Court to grant this motion and enter an order permitting counsel to withdraw from representation and appointing a panel attorney to represent Defendant in the pending case.

Respectfully submitted,

FEDERAL COMMUNITY DEFENDER

/s/PENNY R. BEARDSLEE
PENNY R. BEARDSLEE

/s/Stacey Swanson
CASEY SWANSON

Assistant Federal Defenders
613 Abbott Street, 5th Fl.
Detroit, MI   48226
(313) 967-5848
Penny_beardslee@fd.org
Date: June 14, 2019                  casey_swanson@fd.org

3

CERTIFICATE OF SERVICE

I certify that on 6/14/19, the foregoing document was filed using the CM/ECF system which will notify all parties of record.

s/ Penny R. Beardslee