**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

                Plaintiff,        Case No. 18-cr-20801

v.                       Judith E. Levy
                       United States District Judge

Ransom Butler,

                       Mag. Judge Anthony P. Patti

                Defendant.

_____/

**ORDER GRANTING MOTION TO**
**WITHDRAW AS COUNSEL [26]**

This case is before the Court on Ms. Penny R. Beardslee and Ms. Casey Swanson's motion to withdraw as counsel for defendant. (Dkt. 26.) On June 18, 2019, a hearing was held and oral argument was heard. For the reasons set forth on the record, the motion is **GRANTED**.

IT IS FURTHER ORDERED that Ms. Beardslee and Ms. Swanson are withdrawn as counsel of record for the defendant and new counsel

shall be appointed.

IT IS SO ORDERED.


Dated: June 18, 2019          s/Judith E. Levy
       Ann Arbor, Michigan          JUDITH E. LEVY
                                    United States District Judge