**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL DIVISION |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 0645 5:18CR20801 (1) |
| | ) | |
| RANSOM MURRAY BUTLER | ) | JUDGE LEVY |
| Defendant. | ) | |

F I L E D

JUN 2 4 2021

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

### MOTION TO PETITION THE COURT FOR COMPASSIONATE RELEASE AND/OR A REDUCTION IN SENTENCE PURSUANT 18 U.S.C. §4205(g) or 18 U.S.C. §3582(c)(1)(a)

**AND NOW,** comes the Defendant, Ransom Murray Butler, who respectively submits his pro se, motion to this Court for compassionate release and/or a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) or 18 U.S.C. § 4205(g), after he has already requested the same from his institution. (See Exhibit A, inmate request to FMC-Lexington Warden). "The Covid-19 pandemic is extraordinary and unprecedented in modern terms" and poses a particularly "clear and present danger" to incarcerated individuals. **United States v. Johnson, No. 15-CR-125 (KBJ), TR(April 27, 2020) at 33, ECF No. 217.** Petitioner Ransom Murray Butler is an African American male who has hypertension, and is clearly in a facility that cannot meet the needs of his safety.

Under program statement number 5050.50, an inmate may initiate a request for consideration under 18 U.S.C. § 4205(g) or 18 U.S.C § 3582(c)(1)(A)(i) only when there are particularly extraordinary or compelling circumstances which could not reasonably have been forseen by the courts at the time of sentencing. All respect due to the Honorable Court, I don't think no one forseen the coronavirus coming. Id. **See also 28 C.F.R. § 571.60-63 (specifying procedures for initiating a request under § 3582(c)(1)(A)(i).**

Ransom Murray Butler was serving his 60 month term of imprisonment, when on March 11, 2020, the World Health Organization (WHO) officially classified the spread of Covid-19, caused by the Novel Coronavirus, as a pandemic. The President of the United States declared the Covid-19 outbreak a national emergency under the National Emergency Act, **50 U.S.C. §§1601 et seq.** The White House, proclamation on declaring a national emergency concerning, the novel coronavirus disease (covid-19) outbreak (March 13, 2020) **https://perna.cc/Q8MX-PRDG.**

In the weeks since these pronouncements, Covid-19 has continued to spread at an alarming rate. Millions have been infected globally, and millions have died. In the United States millions have been infected and hundreds of thousands have died from this novel virus. Id. The numbers increase sharply everyday and almost certainly underpresent the true scope of the crisis, and the safety of prisoners, given the wide spread unavailability to detect the virus.

1

Important in the context of a congregate living facility like a prison is the concept of "viral dose" or "viral load", "as with any other prison, viruses are usually dangerous in larger doses, it definitely is more lethal." As with any other poison, viruses are more dangerous in large amounts. Small initial exposures tend to lead to mild or asymoptomatic infections, while larger doses can be lethal. Joshus D. Rabinowitz & Caroline R. Bartman, these coronavirus exposures might be the most dangerous. **N.Y. Times,** https://perna.cc/BNZ8-XJDX. Thus, "not all exposures to the coronavirus" are the same. Stepping into an office building that once had someone with the coronavirus, is not as dangerous as sitting next to an infected person for an hour long train commute, sitting next to an infected person for an hour long train commute, in turn, is not as dangerous as living alongside dozens of other inmates, all of whom are shedding the virus in a closed setting with shared surfaces and inadequate ventilation. Id. In the latter scenario, each individual is in danger from "high risk exposure" because [i]n-person interactions are more dangerous in enclosed spaces and at short distances, with doses escalating with exposure time.

To stem the spread of the disease, the centers for Disease Control ("CDC") broadly advised people to take basic preventive actions such as avoiding crouds, staying six feet away from others, keeping surfaces disinfected, and frequently washing their hands or using sanatizer. Coronavirus Disease 2019 (Covid-19): How to protect yourself and others, **CDC.gov (april 24, 2020),** https://perna.cc/B5BA-TATF.

Cases continue to grow because of the diseases very nature. The virus is wildly spreading, and infectious, even with the vaccine available. It serves on surfaces for days, and the reality of FMC-Lexington being able to protect the health and welfare of petitioner Ransom Murray Butler is impossible. Several Hundred inmates have been infected, 9 total inmate deaths and a large number of staff infected as well. Incarcerated people are at a special risk of infection and are less able to participate in practice measures to keep themselves safe. The conditions in BOP facilities provide a uniquely hospitable enviroment for covid-19 to spread, "especially here at FMC_Lexington". As courts have recognized, there can be no doubt that the Covid-19 virus spreads with uncommon and frightening speed in carceral setting. **United States v. Skelos, 2020 WL 1847558, at * 1 (S.D.N.Y. Apr. 12, 2020).**

---

1 The study found that even in hospitals, the virus was widely distributed on floors, computers, trash cans, and hand rails

Jails and prison[s] are powder kegs for infection. People in jails and prison cannot practice social distancing, control their exposure to large groups, practice increase hygiene, wear protective clothing, obtain specific products for cleaning and laundry, avoid frequently touched surfaces or sanitize their enviroment.

**Id.; See also United States v. Scparta at 2020 WL 1910481, at \* 7 (S.D.N.Y. Apr. 20, 2020).** "The risk to incarcerated individuals is acute, as this court has explained, individuals in carceral settings are at particularly high risk for contracting the disease because of the mobility of individuals to socially distance, shared communal spaces, and limited access to hygiene products".

### Legal Standard

Federal courts are forbidden, as a general matter, to modify a term of imprisonment once it has been imposed but the rule of finality is subject to a few narrow exceptions **Freeman V. United States, 564 U.S., 522, 526, (2011).** (Internal quotations marks and citation omitted). One such exception is codified as **18 U.S.C § 3582(c)(1)(a)(i).** As modified by the First Step Act 2018, section §3582(c)(1)(a). Allows courts to modify a sentence and/or grant compassionate release upon motion by a defendant once he has fully exhausted all administrative right to appeal a failure of the Bureau of Prisons to bring motion on the defendants behalf or a lapse of 30 days from the receipt of such a request. Ransom Murray Butler has exhausted his administrative remedies. Extraordinary and compelling circumstances exist, Fmc Lexington has inmates suffering serious physical and mental conditions, this facility is struggling with combating the virus. Also covid-19 falls under such an other reason that may present extraordinary and compelling reason for a sentence reduction and/or compassionate release, and so does Mr. Butler's post conviction rehabilitation. **United States v. Morris 2020 U.S. Dist Lexis 91040, at\* 20.** Petitioner contends that he is at high risk of contracting the novel virus and request compassionate release pursuant 18 U.S.C. § 3582(c)(1)(A)(i).

---

2 The BOP, (FMC-Lexington) is failing federal inmates when it comes to the coronavirus, congress expected the BOP to release far more prisoners. **https://perna.cc/94RG-QR5L.**

## History of Prisoner

Ransom Murray Butler was setence to a term of imprisonment of 60 months for 21 U.S.C. 841(A)(1) POSSESSION WITH INTENT TO DIS- TRIBUTE A CONTROLLED SUBSTANCES CT 1. Petitioner is a non-violent offender and is seeking a reduction in his sentence and/or com- passionate release to be sent home immediatley on home confine- ment, due to the extraordinary circumstances related to the Covid (Coronavirus). Because of the wide spread of the virus, and FMC- Lexingtons inability to combat the novel virus, petitioner feels that these compelling circumstances is more dangerous being inca- rcerated, then to be on home confinement. Petitioner Butler is also seeking relief from the courts due to his post conviction rehabilitation. **See United States v. McDonel, No. 07-20189 (ED Mich. Jan 13, 2021), and United States v. Nafkha, No.2:95-CR- 00220-001-TC(D Utah Jan. 11, 2021).** Petitioner Butler is aware that the vaccine is available in FMC-Lexington, and he has been vaccinated, but this still haven't stop the virus variant from spreading, and inmates that have been vaccinated is still being infected a second time. This pandemic is reasonable grounds for the Honorable Courts to grant petitioner a sentence reduction and /or compassionate release to be sent to home confinement. Please not that petitioner makes no excuses for his role he played in the crimes committed, and accept full responsibility for his wrongful action. Nothing submitted by Ransom Murray Butler is in- tended to diminish or detract from the seriousness of his offense peitioner has displayed a positive sign of rehabilitation.

Upon entering the BOP, petitioner has committed hisself to reh- abilitation and becoming a productive and law abiding citizen once released. Petitioner has taken 22 respected and qualified programs to help him maintain positive and constructive behavior if granted relief. Also petitioner is currently enrolled in the 500 hour Residential Drug Abuse Program (RDAP) and is scheduled to finish December 3, 2021. (See Exhibit B, for a full display of the programs petitioner has finished). Petitioner has maintained clear conduct in the past 12 months, to qualify for compassionate release. (See Exhibit C, for inmate disciplinary form), Ransom Murray Butler plans to also pursue drug and alcohol treatment as well as any other programs to help with recovery and any other treatment issues once granted release by the Honorable Court. Petitioner has a stable home to go to with his sister Shanell  Searcy (See Exhibit D, reentry home plan of Ransom Murray Butler), and Petitioner has steady and gainful employment already waiting for his arrival upon release. (See Exhibit E for, reentry work/job plan). Peitioner humbly aks the Court to grant him compassionate release, Mr. Butler has two (2) daughters that is seperate from his marriage, the Daughter of Petitioner is in need of her father due to some mental and medical issues that her mother is dealing with at this current time. Petitioner is ready to come home and assist where there is aide needed in regards of the pandemic and crisis. Ransom Murray Butler Knows that he is more beneficial if he was at home with his wife and children during these rough time our Country is going through.

---

3 Any claim that Bop facilities generally, or FMC-Lexington in particular are as safe or safer than the community at large is simply unsupportable.

4

## CONCLUSION

Prison officials are powerless to reduce breathing, coughing, sneezing, or movement in the cramped, shared spaces of prisons, from cell blocks and phones to showers and libraries. Just as it spreads easily in the most controlled enviroments-like cruise ships and hospitals-the virus spreads easily in prisons, and prisons are the least prepared enviroment to handle it. FMC-Lexington, has had over 600 hundred inmates infected and it's growing, and 9 inmate deaths, during the first outbreak this facility was top 3, as far as worst to combat the novel virus. In addition, since the start of the pandemic, reports haved poured in citing BOP's incompetence at every level, including non existing education to inmates and correctional officers about the spread of the virus, dubious staffing decisions undermining safe keeping of quarantined inmates, and inadequate testing to really confirm the number of cases. FMC-Lexington has been enforcing herd immunity, by taking a number (large mass of inmates not in-fected) and placing them in housing units where hundreds has tested positive for the deadly virus.

Moreover, the BOP's figures do not accurately reflect the ill-ness and the potential problems associated with the deadly virus spread in prison. Indeed the BOP admitted that it's members un-der represented the scope of the problem in a correctional brie-fing held in December of 2021. There, the BOP reported that it lists only positive lab test and does not publicly report "open" cases, which the BOP defines as suspected, presumed positive or clinically confirmed. The BOP reported that there were hundreds of prisoners in isolation, here in FMC-Lexington that is totally impossible to do (isolate inmates), hundreds are forced to do quarantine in the very same units, that inmates are tested for positive results, not to mention that the BOP is not reporting or putting accurate results on the website or otherwise making it pubicly available.

Therefore petitioner once again humbly asks that the Honorable Courts grant his motion for compassionate release, give him a chance to be home with family during this rough time of need. Congress intended for more inmates to receive relief during this pandemic, the BOP is hesitating to release prison, but the Court is it's own seperate entity and has the power to do so. Id. Also lastly, petitioner request that counsel be appointed to help assist with his motion moving forward.

Respectfully Submitted,

Ransom Murray Butler
#57107-039
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

## RESPONSE TO INMATE CORRESPONDENCE

**Name: Butler, Ransom**
**Reg. No.: 57107-039**
**Unit: Veritas**



This is in response to your correspondence dated February 9, 2021, in which you request to be considered for a Compassionate Release or Reduction in Sentence (RIS) based on extraordinary or compelling circumstances: risk of COVID-19.

Per Program Statement 5050.50 Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), there are certain criteria which you must meet in order to be considered for an RIS. Guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your Inmate Request to Staff has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this decision, you may appeal utilizing the Administrative Remedy Process within 20 days of receiving this notice. Your counselor or case manager will assist you with directions and appropriate forms if you request them.

_____
P. Adams, Warden

2/24/21
_____
Date



| | **Individualized Needs Plan - Program Review**   **(Inmate Copy)** | **SEQUENCE: 02150690** |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | **Team Date: 09-29-2020** |
| | Plan is for inmate: BUTLER, RANSOM MURRAY  57107-039 | |

| Facility: | THA  TERRE HAUTE FCI | Proj. Rel. Date: | 03-09-2023 |
|---|---|---|---|
| Name: | BUTLER, RANSOM MURRAY | Proj. Rel. Mthd: | GCT REL |
| Register No.: | **57107-039** | DNA Status: | MIL08665 / 02-11-2019 |
| Age: | 36 | | |
| Date of Birth: | 03-25-1984 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THA | ORD F | ORD | 03-26-2020 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THA | ESL HAS | ENGLISH PROFICIENT | 03-25-2020 |
| THA | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-25-2020 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA | | ACE CDL WEST SIDE UNITS | 03-31-2020 | CURRENT |
| THA | | HOUSEKEEPING APPRENTICESHIP- | 07-01-2020 | CURRENT |
| THA | C | ACE KENNEDY & THE COLD WAR | 08-24-2020 | 08-28-2020 |
| THA | C | ACE HISTORY OF MOVIES CLASS | 08-17-2020 | 08-21-2020 |
| THA | C | ACE WOMEN'S RIGHTS CLASS | 08-10-2020 | 08-12-2020 |
| THA | C | ACE HANDBALL & CULTURE CLASS | 08-06-2020 | 08-06-2020 |
| THA | C | ACE MY NAME CLASS | 07-27-2020 | 07-31-2020 |
| THA | C | ACE DRAWING 2 POINT PERSPECTVE | 06-29-2020 | 07-10-2020 |
| THA | C | ACE MYSTERY OF THE ANASAZI | 07-06-2020 | 07-09-2020 |
| THA | C | ACE BIOMES & ECOSYSTEMS CLASS | 06-22-2020 | 06-25-2020 |
| THA | C | ACE CLEAR SKIES CLASS | 06-14-2020 | 06-17-2020 |
| THA | C | ACE 1 POINT PERSPECTIVE CLASS | 05-25-2020 | 05-28-2020 |
| THA | C | ACE EASY ECONOMICS CLASS | 06-08-2020 | 06-12-2020 |
| THA | C | ACE EARTH SCIENCE CLASS | 05-18-2020 | 05-21-2020 |
| THA | C | ACE LINCOLN CLASS | 05-11-2020 | 05-14-2020 |
| THA | C | RPP6 GROWTH & DEVELOPMENT | 03-19-2020 | 03-19-2020 |
| THA | C | RPP5 RELEASE REQUIREMENTS | 03-19-2020 | 03-19-2020 |
| THA | C | RPP4 COMMUNITY RESOURECES- | 03-19-2020 | 03-19-2020 |
| THA | C | RPP4 COMMUNITY RESOURCES-RRC | 03-19-2020 | 03-19-2020 |
| THA | C | RPP3 PERSONAL | 03-19-2020 | 03-19-2020 |
| THA | C | RPP2 EMPLOYMENT RESUME | 03-19-2020 | 03-19-2020 |
| THA | C | RPP(1) HEALTH AND NUTRITION | 03-19-2020 | 03-19-2020 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-09-2020 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-29-2020 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-QUAR | COVID-19 QUARANTINED | 08-29-2020 |
| C19-T PEND | COVID-19 TEST-PENDING RESULTS | 09-10-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-04-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-09-2020 |



| Individualized Needs Plan - Program Review     (Inmate Copy) | | SEQUENCE: 02150690 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 09-29-2020 |
| Plan is for inmate: BUTLER, RANSOM MURRAY  57107-039 | | |

| Assignment | Description | Start |
|---|---|---|
| YES F/S | CLEARED FOR FOOD SERVICE | 03-09-2020 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 03-13-2020 |
| ED WAIT RJ | DRUG EDUCATION WAIT-RQ JUDREC | 03-21-2020 |
| NR WAIT | NRES DRUG TMT WAITING | 03-05-2020 |

**FRP Details**

Most Recent Payment Plan

FRP Assignment:     **PART**     FINANC RESP-PARTICIPATES     Start: **03-05-2020**

Inmate Decision:   **AGREED**       **$50.00**                Frequency: **QUARTERLY**

Payments past 6 months:       **$100.00**          Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
|---|---|---|---|---|---|---|
| | 09-09-2020 | THA | PAYMENT | INSIDE PMT | | $50.00 |
| | 06-09-2020 | THA | PAYMENT | INSIDE PMT | | $50.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $ N/A                    Payments commensurate ?   N/A

New Payment Plan:          ** No data **

**Progress since last review**

Did not complete Drug Educaiton, however, has completed 13 educational ACE courses and is enrolled in the ACE CDL course and Housekeeping Apprenticeship. TH

**Next Program Review Goals**

Continue to work towards completing the ACE CDL course and the Housekeeping Apprenticeship while maintaining clear conduct. TH

**Long Term Goals**

Consider enrolling and completing Residential Drug Abuse Program by December 2022. TH

**RRC/HC Placement**

No.
Management decision - Consideration for RRC placement/Home Confinement through the 2nd Chance Act is not appropriate at this time..

**Comments**

FSA Eligible/Medium



**Individualized Needs Plan - Program Review    (Inmate Copy)**          SEQUENCE: 02150690
Dept. of Justice / Federal Bureau of Prisons                             Team Date: 09-29-2020
Plan is for inmate: BUTLER, RANSOM MURRAY  57107-039

Name:   BUTLER, RANSOM MURRAY          DNA Status:   MIL08665 / 02-11-2019
Register No.:   57107-039
Age:   36
Date of Birth:   03-25-1984

---

Inmate    (BUTLER, RANSOM MURRAY. Register No.: 57107-039)

---

Date

---

Unit Manager / Chairperson                     Case Manager

---

Date                                           Date

---

BP-A148.055
SEP 98

INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Thompson | DATE: 2/9/21 |
|---|---|
| FROM: Ransom Butler. | REGISTER NO.: 57107-039 |
| WORK ASSIGNMENT: | UNIT: Veritas |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

Request to Warden Thompson, I am requesting compassionate release and/or a sentence reduction under Program statement 5050.50. I am asking that you review my file/case and submit me to be released for compassionate release Pursuant 18 U.S.C. 3582 (c) (1)(a)(1).

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

```
 LEXK6  540*23 *          SENTENCE MONITORING         *       03-08-2021
PAGE 001        *          COMPUTATION DATA           *       09:25:55
                           AS OF 03-08-2021


REGNO..: 57107-039 NAME: BUTLER, RANSOM MURRAY


FBI NO...........: 343411LD3            DATE OF BIRTH: 03-25-1984  AGE:  36
ARS1.............: LEX/A-DES
UNIT.............: VER                  QUARTERS.....: V05-315L
DETAINERS........: NO                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 12-02-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-01-2022 VIA 3621E COND


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 5:18CR20801 (1)
JUDGE...........................: LEVY
DATE SENTENCED/PROBATION IMPOSED: 01-21-2020
DATE COMMITTED..................: 03-03-2020
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:    $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
OFF/CHG: 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED
         SUBSTANCES CT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     4 YEARS
 DATE OF OFFENSE................: 09-01-2018




G0002       MORE PAGES TO FOLLOW . . .
```

```
 LEXK6  540*23 *              SENTENCE MONITORING          *       03-08-2021
PAGE 002         *             COMPUTATION DATA            *       09:25:55
                                AS OF 03-08-2021
```

REGNO..: 57107-039 NAME: BUTLER, RANSOM MURRAY


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-05-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-06-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 01-21-2020
TOTAL TERM IN EFFECT............:   60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 09-01-2018

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     09-01-2018    09-01-2018
                                     11-28-2018    01-20-2020

TOTAL PRIOR CREDIT TIME.........: 420
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 263
TOTAL GCT EARNED................: 101
STATUTORY RELEASE DATE PROJECTED: 03-09-2023
ELDERLY OFFENDER TWO THIRDS DATE: 03-29-2022
EXPIRATION FULL TERM DATE.......: 11-27-2023
TIME SERVED.....................:    2 YEARS      3 MONTHS      10 DAYS
PERCENTAGE OF FULL TERM SERVED..:  45.5
PERCENT OF STATUTORY TERM SERVED:  53.2

3621E COMPLETE RESIDENT PROGRAM.: 12-03-2021
3621E COMPLETE COMMUNITY PROGRAM: /
3621E RELEASE DATE..............: 06-01-2022
```

G0002        MORE PAGES TO FOLLOW . . .

```
LEXK6  542*22 *            SENTENCE MONITORING           *       03-08-2021
PAGE 001 OF 001 *            GOOD TIME DATA              *       09:26:59
                          AS OF   03-08-2021
```

```
REGNO...: 57107-039   NAME: BUTLER, RANSOM MURRAY
ARS 1...: LEX A-DES                              PLRA
COMPUTATION NUMBER..: 010                    PRT   ACT DT:
LAST UPDATED:  DATE.: 03-05-2021        FACL..: DSC     CALC: AUTOMATIC
UNIT................: VER               QUARTERS............: V05-315L
DATE COMP BEGINS....: 01-21-2020        COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 420               TOTAL INOP TIME.....: 0
CURRENT REL DT......: 08-18-2023 FRI    EXPIRES FULL TERM DT: 11-27-2023
PROJ SATISFACT DT...: 06-01-2022 WED    PROJ SATISF METHOD..: 3621E COND
ACTUAL SATISFACT DT.:                   ACTUAL SATISF METHOD:
DAYS REMAINING......:                   FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                   DEPORT ORDER DATED..:


-------------------------GOOD CONDUCT TIME AMOUNTS---------------------------
```

|   START     |   STOP     | MAX | POSSIBLE TO |  ACTUAL | TOTALS | VESTED | VESTED |
|  DATE       |   DATE     | DIS | FFT         |  DIS    |  FFT   | AMOUNT |  DATE  |
|-------------|------------|-----|-------------|---------|--------|--------|--------|
| 11-28-2018  | 11-27-2019 |  54 |  47         |   7     |        |        |        |
| 11-28-2019  | 11-27-2020 |  54 | 101         |         |        |        |        |
| 11-28-2020  | 11-27-2021 |  54 |             |         |        |        |        |
| 11-28-2021  | 11-27-2022 |  54 |             |         |        |        |        |
| 11-28-2022  | 11-27-2023 |  54 |             |         |        |        |        |

```
        TOTAL EARNED AMOUNT..........................................:    101
        TOTAL EARNED AND PROJECTED AMOUNT............................:    263
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  LEXK6  540*23 *          SENTENCE MONITORING       *     03-08-2021
PAGE 003 OF 003 *           COMPUTATION DATA         *     09:25:55
                          AS OF 03-08-2021
```

REGNO..: 57107-039 NAME: BUTLER, RANSOM MURRAY


PROJECTED SATISFACTION DATE.....: 06-01-2022
PROJECTED SATISFACTION METHOD...: 3621E COND

REMARKS.......: 4-6-20 DIS UPDTD R/DJC.3-5-21 UPDTD 3621E 764 R/BSA.


G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
  THAM6  606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      09-13-2020
PAGE 001 OF 001                                                    11:37:54
                           (A) IDENTIFYING DATA
REG NO..: 57107-039            FORM DATE: 09-13-2020         ORG: THA
NAME....: BUTLER, RANSOM MURRAY

                                       MGTV: NONE

PUB SFTY: NONE                         MVED:
                           (B) BASE SCORING
DETAINER: (0) NONE                SEVERITY.......: (3) MODERATE
MOS REL.: 29                      CRIM HIST SCORE: (06) 9 POINTS
ESCAPES.: (0) NONE                VIOLENCE.......: (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A                 AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (1) <5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (2A) 1 HIGH
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+14  +17    -1        +13      LOW          N/A             IN     DECREASE


G5149      INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Exhibit D

I, _Ransom Murray Butler_____, upon release from the relief granted, from the Honorable Court, due to my recently submitted §3582 motion will go reside with my sister Shanell Searcy. The Address is, _6510 Venoy rd._____, and the state, _Michigan_____, and zip code _48135____.

You can contact my sister and phone number, area code (_810_) _335- 4346___, to verify I will reside at this address.

I, hereby acknowledge through, penalty and or perjury that the said information above, is to be true.

sincerely,

(sign) x _Ransom Butler_____

Turbo Trucking
23614 Paddock Dr
Farmington Hills, MI 48336

METROPLEX MI 480

18 MAY 2021 PM 17 L

Ransom Butler 57107-039
FMC Lexington
P.O. Box 14500
Lexington Kentucky 40512

40512-450000



Greetings,

This brief message is in regards to Mr. Ransom Butler and his job placement and potential employment upon his release.  We here at Turbo Trucking welcome the work ethic demonstrated by Mr. Butler and we believe in the sincere words he conveyed through a number of correspondences. We see Mr. Butler has the potential to be an asset to our company and we believe in return that he will enjoy real benefits from acceptance of a position with our company.

We wish to do our civic duty by providing economic opportunities in a friendly work environment for individuals transitioning back into the working community.

Sincerely, Michael Cork

For inquiries, please contact me directly

248-445-0683

Ransom Butler 57107-039
F.M.C Lexington
P.O.BOX 14500
Lexington, Ky 40512



No postmark

RECEIVED
JUL - 1 2021
U.S CLERKS OFFICE
U.S DISTRICT COURT

Honorable Judge Judith Levy
200 E. Liberty Street
Ann Arbor, Mich 48104

U.S. MARSHALS

Legal Mail