UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,                        Case No. 18-20801

v.                                  Hon. Judith E. Levy

Ransom Murray Butler,

    Defendant.

_____

**United States' Motion to File Sealed Documents in Support of Its Response Opposing Motion for Compassionate Release**

_____

The United States, through its attorneys, moves the Court for an order sealing exhibits in support of its response opposing Ransom Murray Butler's motion for compassionate release to protect the dissemination of sensitive information.

The government will be submitting five exhibits, two of which contain sensitive information, such as personal identification, medical history and medications: Exhibit 1: 2021 Medical Records and Exhibit 5: 2020 Medical Records. The other three exhibits do not contain sensitive information.

The United States respectfully requests that the Court grant its motion, and issue an order sealing Exhibits 1 and 5, as described above.

                                        Respectfully submitted,

                                        Saima S. Mohsin

1

United States Attorney

s/Julie A. Beck
Julie A. Beck
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9717
julie.beck@usdoj.gov
[P 53291]

Dated: July 27, 2021

## CERTIFICATION OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing using the ECF system, which will send notification of such filing to all ECF participants.

I further certify that I served Ransom Murray Butler by United States Mail as follows:

Ransom Murray Butler, USMS # 57107-039
Lexington FMC
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

> *s/Julie A. Beck*
> Julie A. Beck
> Assistant United States Attorney
> 211 West Fort Street, Suite 2001
> Detroit, Michigan 48226
> (313) 226-9717
> julie.beck@usdoj.gov

3