UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

           Plaintiff,        Case No. 18-cr-20801

v.                                Judith E. Levy
                                United States District Judge

Ransom Murray Butler,

                                Mag. Judge Anthony P. Patti

          Defendant.

_____/

**CONDITIONAL ORDER STRIKING DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE AND/OR
A REDUCTION IN SENTENCE [38]**

Defendant Ransom Murray Butler submitted the following unsigned document, in violation of Federal Rule of Criminal Procedure 49(b)(4)[1]:

---

[1] Federal Rule of Criminal Procedure 49(b)(4) provides:

Every written motion and other paper must be signed by at least one attorney of record in the attorney's name—or by a person filing a paper if the person is not represented by an attorney. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or person's attention.

- **Motion for compassionate release and/or a reduction in sentence (ECF No. 38)**

This document will be automatically stricken from the record, without the need for further action by the Court, unless Defendant files a signature page (attached) within thirty days of the date of this order.

IT IS SO ORDERED.

Dated: August 12, 2021           s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 12, 2021.

         s/William Barkholz
         WILLIAM BARKHOLZ
         Case Manager

---

Fed. R. Crim. P. 49(b)(4).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

           Plaintiff,      Case No. 18-cr-20801

v.                            Judith E. Levy
                             United States District Judge

Ransom Murray Butler,
                             Mag. Judge Anthony P. Patti
          Defendant.

_____/

## SIGNATURE PAGE FOR

Defendant Ransom Murray Butler's motion for compassionate release and/or a reduction in sentence (ECF No. 38)

    Defendant's motion is hereby signed pursuant to Federal Rule of Criminal Procedure 49(b)(4).

                                                _____
                                                Ransom Murray Butler
                                                FMC Lexington
                                                P.O. Box 14500
                                                Lexington, KY 40512

THIS SIGNATURE PAGE MUST BE SIGNED AND RETURNED TO THE CLERK'S OFFICE, AS REQUIRED BY THE ATTACHED ORDER.