| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5697443 | **DATE** 04/22/2025 |
|---|---|---|---|---|

| **NAME** BUTLER, Ransom Murray | **OFFICER** Alexis  Thomas | **JUDGE** Judith E. Levy | **DOCKET #** 18-CR-20801-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 01/21/2020 **COMMENCED** 06/01/2022 **EXPIRATION** 05/31/2026 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** IV | **TOTAL OFFENSE LEVEL** 21 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Julie A. Beck | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

 Count 1:  21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Controlled Substances

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 60 months, to be followed by a four-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.), if necessary.
2. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a  United States probation officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

 Criminal Monetary Penalty:  Special Assessment $100.00 (paid).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5697443 | **DATE** 04/22/2025 |
|---|---|---|---|---|

| **NAME** BUTLER, Ransom Murray | **OFFICER** Alexis Thomas | **JUDGE** Judith E. Levy | **DOCKET #** 18-CR-20801-01 |
|---|---|---|---|

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IF ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN A CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING PERMISSION OF THE PROBATION OFFICER." <br><br> On March 26, 2025, a traffic stop was initiated by Westland Police Department (Michigan) with BUTLER as the driver of the vehicle. A female passenger was found to be in possession of 27 grams of cocaine on her person. The female passenger was subsequently taken into custody. BUTLER was not taken into custody; however, he was in possession of $520.00 U.S. currency, multiple empty sandwich bags and a digital scale with cocaine residue. |
| 2 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On March 28, 2025, Westland Police Department (Michigan) were attempting to execute a search warrant at a hotel in Romulus, Michigan. BUTLER was the focus of the investigation and was named in a search warrant. Before the search warrant could be executed, BUTLER was seen exiting the location with a bag and leaving the location as the passenger in a vehicle. A traffic stop was conducted. Upon search of the vehicle, Cocaine, Methamphetamine and Fentanyl were located in the bag BUTLER had in his possession while leaving from the previous location. Other occupants of the vehicle stated that the contents of the bag belonged to BUTLER. A presumptive test was conducted to test validity of the Cocaine. The contents were confirmed positive for the presence of Cocaine. The gross weight was 50.9 grams of Cocaine, 4.1 grams of Fentanyl and 0.9 grams of Methamphetamine. <br><br> BUTLER was arrested on March 28, 2025, and charged with Controlled Substance- Delivering and Manufacturing 50-449 grams and Possession of Methamphetamine. He is currently on bond with the 34th District Court with electronic monitoring through the Wayne County Jail (Michigan) on Docket#25-0288. BUTLER next appears for a probable cause hearing scheduled April 23, 2025. The case is presided by Honorable Teresa A. Patton. |

Page **2** of **3**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5697443 | **DATE** 04/22/2025 |
|---|---|---|---|---|
| **NAME** BUTLER, Ransom Murray | | **OFFICER** Alexis Thomas | **JUDGE** Judith E. Levy | **DOCKET #** 18-CR-20801-01 |

**3**     **Violation of Mandatory Condition**: "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE"

On April 11, 2025, this writer instructed BUTLER to report to the probation office to submit a drug screen. BUTLER reported as instructed and tested positive for Cocaine and Marijuana. An admission form was signed by BUTLER at this time. BUTLER reported he last used about a week ago. He was instructed he will be referred to complete outpatient substance abuse treatment.

| | |
|---|---|
| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Alexis Thomas/slg/lnb 313-234-5433 | **DISTRIBUTION** Court |
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313 234-5460 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]     The issuance a summons

[   ]     Other

s/Judith E. Levy
United States District Judge

5/2/2025
Date