UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,               Case No. 18-cr-20801

v.                                   Hon. Judith E. Levy

RANSOM MURRAY BUTLER,

                Defendant.

---

## STIPULATION AND ORDER TO ADJOURN SUPERVISED RELEASE VIOLATION HEARING

---

The parties, by their respective counsel, stipulate and agree to an approximately 90-day adjournment of the defendant's supervised release violation hearing, currently scheduled for June 11, 2025. The defendant has a criminal case currently pending in Wayne County, which is part of the pending violation petition here. As such, the parties agree that the state case may ultimately impact the violation petition, including by potentially resolving this violation. The adjournment also allows the parties more time to discuss a potential resolution on the petition depending on the outcome of the state case. The probation office does not oppose the requested adjournment.

      **IT IS SO STIPULATED.**

| | |
|---|---|
| *s/Sean L. King* | *s/ Natasha Webster (with consent)* |
| SEAN L. KING | NATASHA WEBSTER |
| Assistant United States Attorney | Federal Community Defender |

1

U.S. Attorney's Office
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226
(313) 226-9727
sean.king@usdoj.gov

613 Abbott St., Suite 500
Detroit, MI 48226
(313) 967-5542
Natasha_Webster@fd.org

Dated: May 28, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 18-cr-20801

v.                                   Hon. Judith E. Levy

RANSOM MURRAY BUTLER,

                Defendant.

## ORDER TO ADJOURN SUPERVISED RELEASE VIOLATION HEARING

The Court has considered the parties' stipulation and finds good cause to adjourn the supervised release violation hearing from June 11, 2025, to September 17, 2025, at 10:30 a.m.

Date: May 30, 2025                    <u>s/Judith E. Levy</u>
                                        JUDITH E. LEVY
                                        United States District Judge