UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                    Plaintiff,

v.                                                          Case No. 5:18–cr–20801–JEL–APP
                                                            Hon. Judith E. Levy
Ransom Murray Butler,

                    Defendant(s),

_____

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Ransom Murray Butler

   The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

   • STATUS CONFERENCE:  August 12, 2025 at 10:30 AM

   **ADDITIONAL INFORMATION:**    Defendant is required to appear in person


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                   Case Manager

Dated:   July 30, 2025