AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>RANSOM MURRAY BUTLER | **Judgment in a Criminal Case**<br>(For **Revocation** of Supervised Release)<br><br>Case No. 18-cr-20801-01<br>USM No. 57107-039<br><br>Natasha D. Webster<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  3, 4, 5  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. | 4/11/2025 |
| 4 | YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE | 8/18/2025 |
| 5 | YOU MUST PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER LOCATION, MODALITY, DURATION, INTENSITY, ETC.), IF NECESSARY. | 7/28/2025 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  1, 2  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4532

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:
Canton, Michigan

8/27/2025
_____
Date of Imposition of Judgment

s/Judith E. Levy
_____
Signature of Judge

Judith E. Levy, U.S. District Judge
_____
Name and Title of Judge

08/28/2025
_____
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  4

DEFENDANT:  RANSOM MURRAY BUTLER
CASE NUMBER:  18-cr-20801-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

6 months.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____ ☐ a.m. ☐ p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 3 — Supervised Release

Judgment—Page   3   of   4

DEFENDANT:  RANSOM MURRAY BUTLER
CASE NUMBER:  18-cr-20801-01

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Revoked. 18 months Supervised Release to follow custodial sentence.

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.    ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.    ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
Sheet 3B — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: RANSOM MURRAY BUTLER
CASE NUMBER: 18-cr-20801-01

## ADDITIONAL SUPERVISED RELEASE TERMS

The Defendant must complete inpatient substance abuse treatment following custodial sentence.