| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 000013055 | DATE 04/02/2026 |
|---|---|---|---|---|

| NAME **BUTLER, Ransom Murray** | OFFICER **Mark T. Burchell** | JUDGE **Judith E. Levy** | DOCKET # **18-CR-20801-01** |
|---|---|---|---|

| ORIGINAL SENTENCE DATE **01/22/2020** RE-COMMENCED **02/25/2026** EXPIRATION **08/24/2027** | SUPERVISION TYPE **Supervised Release** | CRIMINAL HISTORY CATEGORY **IV** | TOTAL OFFENSE LEVEL **21** | PHOTO  |
|---|---|---|---|---|

**REPORT PURPOSE**

<span style="color:red">**REQUEST TO MODIFY CONDITIONS**</span>

**RECOMMENDATION**

<span style="color:red">**MODIFICATION**</span>

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Controlled Substance.

**SENTENCE DISPOSITION**

Sentence to the custody of the Bureau of Prisons for a period of 60 months, to be followed by a four-year term of supervised release.

Revocation 08/27/2025: Custody Term of 6 months, followed by Term of Supervised Release of 18 months. Additional Special Condition: "The Defendant must complete inpatient substance abuse treatment following custodial sentence."

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.), if necessary.
2. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid)

| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF<br>SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | **PACTS**<br>000013055 | **DATE**<br>04/02/2026 |
|---|---|---|---|---|
| **NAME**<br>BUTLER, Ransom Murray | **OFFICER**<br>Mark T. Burchell | **JUDGE**<br>Judith E. Levy | | **DOCKET #**<br>18-CR-20801-01 |

## PETITIONING THE COURT

To modify the conditions of supervised release as follows:

**To Remove:**

"The Defendant must complete inpatient substance abuse treatment following custodial sentence."

## CAUSE

On August 27, 2025, BUTLER appeared before Your Honor for a revocation hearing. BUTLER was found guilty of violating his conditions of supervision; You must not unlawfully possess a controlled substance, and you must participate in a substance abuse treatment program. On February 25, 2026, BUTLER commenced his second term of supervised release. On March 2, 2026, BUTLER reported in the office. A urinalysis test was completed on this date and instant results returned positive for marijuana. BUTLER admitted to the use of marijuana while in custody.

While speaking to BUTLER in the office, he advised he does not have a problem with cocaine and admitted that in the past, he was positive due to the handling of cocaine, not the use of it. Additionally, at this time, it does not appear inpatient would be beneficial to BUTLER due to there not being an active substance abuse disorder. BUTLER understands the expectations of compliance with not using marijuana while on supervision.

It is respectfully recommended, the special condition that BUTLER must complete inpatient substance abuse treatment following his custodial sentence, a condition imposed at his revocation hearing, be removed at this time. BUTLER has a condition for substance abuse treatment, which he will be referred to for an assessment. Additionally, if needed, that condition also covers the need for inpatient. Furthermore, BUTLER is ware that if there is drug use while on supervision, this writer will notify the Court and recommend an appropriate action if BUTLER fails to comply with treatment. BUTLER will be randomly drug tested by this writer, but also by the Michigan Department of Corrections (MDOC), which he is actively being supervised. His MDOC discharge date is December 2, 2027.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on 3/27/2026, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 000013055 | DATE 04/02/2026 |
|---|---|---|---|---|

| NAME BUTLER, Ransom Murray | OFFICER Mark T. Burchell | JUDGE Judith E. Levy | DOCKET # 18-CR-20801-01 |
|---|---|---|---|

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| PROBATION OFFICER s/Mark T. Burchell/mt 313-234-5478 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Christina R. Wilkerson 313-378-2021 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

☒ Modification as Noted Above

☐ Other

s/Judith E. Levy
_____
United States District Judge

4/14/2026
_____
Date