| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013055 | **DATE** 05/12/2026 |
|---|---|---|---|---|

| **NAME** BUTLER, Ransom Murray | **SENIOR OFFICER** Mark T. Burchell | **JUDGE** Judith E. Levy | **DOCKET #** 18-CR-20801-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 01/21/2020 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** IV | **TOTAL OFFENSE LEVEL** 21 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 06/01/2022 | **REVOCATION DATE** 8/27/2025 | | | |
| **EXPIRATION** 08/24/2027 | **RECOMMENCED** 2/25/2026 | | | |

| **ASST. U.S. ATTORNEY** Thomas Cribbins | **DEFENDANT ATTORNEY** |
|---|---|

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 1:  21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Controlled Substances

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 60 months, to be followed by a four-year term of supervised release.

Revocation Sentence: 08/27/2025:  Term of Supervised Release revoked.  Defendant sentenced to custody of the Bureau of Prisons for a term of six months, to be followed by a 18-month term of supervised release.  Based on the Revocation Judgment, the following additional special conditions were imposed: "The defendant must complete inpatient substance abuse treatment following custodial sentence."

Modification: 04/14/2026: To Remove Condition: "The Defendant must complete inpatient substance abuse treatment following custodial sentence."

**ORIGINAL SPECIAL CONDITIONS**

1) You must participate in a substance abuse treatment program and follow the rules and regulations of that program.  The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.), if necessary.
2) You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search.  Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit such a search may be grounds for revocation; you must warn may residents that the premises may be subject to searches.

Criminal Monetary Penalty:  Special Assessment: $100.00 (Paid)

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013055 | **DATE** 05/12/2026 |
|---|---|---|---|---|

| **NAME** BUTLER, Ransom Murray | **SENIOR OFFICER** Mark T. Burchell | **JUDGE** Judith E. Levy | **DOCKET #** 18-CR-20801-01 |
|---|---|---|---|

The probation officer believes that the offender has violated the following conditions of Supervised Release:

☒ New Criminal Changes      ☒ Violent Conduct
☐ Whereabouts Unknown (Absconder)      ☒ Danger to the Public

Violation Number    Nature of Noncompliance
1.

**Violation of Mandatory Condition No. 1:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On May 10, 2026, the Canton (Michigan) Police Department was dispatched to BUTLER's residence, based on a 911 call of a domestic violence situation. Officers made contact with BUTLER, who was wearing clothing described in the 911 call, as the person making threats to his wife. Officers placed BUTLER under arrest near a Chrysler Pacifica vehicle, which his wife owns. A search of BUTLER was conducted and officers found: cash, marijuana, a credit card and keys to the Chrysler Pacifica. According to BUTLER's wife, BUTLER drives the Chrysler Pacifica.

Officers conducted a plain view observation of the vehicle and were able to visually see a firearm on the driver's side floor of the vehicle. Officers advised BUTLER's wife, since she owns the vehicle. She denied that she owns or possesses any firearms and gave permission to officers to search the vehicle, while she was present. A search of the vehicle was conducted and officers located: .40 caliber Black Simi semi-automatic handgun with serial number GM125398 (reported stolen); 41.08 grams of positively tested crack cocaine; 10 rounds of .40 caliber ammunition; 4.12 grams of positively tested crack cocaine; 6.5 grams of positively tested fentanyl and a box mostly full of latex gloves along with two unused Narcan packages.

BUTLER was placed under arrest and transported to the Canton (Michigan) Police Department for processing. BUTER has been charged with; Count 1: Aggravated/Felonious Assault – Family – Gun- Domestic, Count 2: Stolen Property – Possessing, Count 3: Cocaine – Sell, Count 4: Weapons – Firearms – Possession by Prohibited Person, Count 5: Possession of Firearm in Commission of Crime.

On May 12, 2026, a Criminal Complaint was filed in the United States District Court in the Eastern District of Michigan, Case No. 2:26-mj-30269.

2.

The Criminal Complaint charges BUTLER with the following: Count 1: 18 U.S.C. § 922(g)(1) and 924(e) Felon in Possession of a Firearm Following Three Serious Felon Convictions, Count 2: 18 U.S.C. § 924(c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime, Count 3: 18 U.S.C. § 841(a)(1) and (b)(1)(B) Possession of a Controlled Substance with Intent to Distribute.

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000013055 | DATE 05/12/2026 |
|---|---|---|---|---|

| NAME BUTLER, Ransom Murray | SENIOR OFFICER Mark T. Burchell | JUDGE Judith E. Levy | DOCKET # 18-CR-20801-01 |
|---|---|---|---|

**Violation of Mandatory Condition No. 2:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."

On May 10, 2026, the Canton (Michigan) Police Department were dispatched to BUTLER's residence, based on a 911 call of a domestic violence situation. Officers made contact with BUTLER, who was wearing clothing described in the 911 call, as the person making threats to his wife. Officers placed BUTLER under arrest near a Chrysler Pacifica vehicle, which his wife owned.

Officers conducted a search of the vehicle, with permission of BUTLER's wife. Officers retrieved 41.08 grams of positively tested crack cocaine, 4.12 grams of positively tested crack cocaine, 6.5 grams of positively tested fentanyl.

3.   **Violation of Standard Condition No. 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASER).

On May 10, 2026, the Canton (Michigan) Police Department were dispatched to BUTLERS residence, based on a 911 call of a domestic violence situation. Officers made contact with BUTLER, who was wearing clothing described in the 911 call, as the person making threats to his wife. Officers placed BUTLER under arrest near a Chrysler Pacifica vehicle, which his wife owned.

Officers conducted a search of the vehicle, with permission of BUTLER's wife. Officers retrieved a .40 Caliber semi-automatic handgun (confirmed stolen out of Wyandotte Michigan) and 10 live .40 caliber rounds of ammunition.

| I declare under penalty of perjury that the foregoing is true and correct. SENIOR PROBATION OFFICER s/Mark T. Burchell/lnb 313-234-5478 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Christina R. Wilkerson 313-378-2021 | PROBATION ROUTING Data Entry |

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013055 | **DATE** 05/12/2026 |
|---|---|---|---|---|

| **NAME** BUTLER, Ransom Murray | **SENIOR OFFICER** Mark T. Burchell | **JUDGE** Judith E. Levy | **DOCKET #** 18-CR-20801-01 |
|---|---|---|---|

## RECOMMENDING THE COURT

☒      To issue a warrant

## Superseding Violation Report will follow

## THE COURT ORDERS:

☒   The issuance of a Warrant

☐   Other

s/Judith E. Levy
_____
**United States District Judge**

5/13/2026
_____
**Date**