**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

Case No.  18-20801
Hon. Judith E. Levy

vs

**RANSOM MURRAY BUTLER**,

    *Defendant.*

_____

## APPEARANCE OF COUNSEL

NOW COMES attorney, Mitchell Ribitwer and hereby enters his appearance as counsel for Defendant, Ransom Murray Butler, in this matter.

Respectfully submitted,

/s/ Mitchell Ribitwer
RIBITWER & SABBOTA, LLP
26862 Woodward Avenue, Unit 200
Royal Oak, Michigan 48067
(248) 543-8000
mitchell@ribitwersabbota.com
P26054

DATED:  May 14, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I electronically filed the foregoing documents with the Clerk of the Court using the ECF System, which will send notification of such filing to the Assistant United States Attorney.

/s/ Mitchell Ribitwer
Mitchell Ribitwer
mitchell@ribitwersabbota.com