UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                          Case No. 5:18–cr–20801–JEL–APP
                                                            Hon. Judith E. Levy
Ransom Murray Butler,

                    Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Ransom Murray Butler

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- SUPERVISED RELEASE VIOLATION HEARING:  August 12, 2026 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz_____
                    Case Manager

Dated:  May 26, 2026